PENALTY SLIP

DEFENDANT NAME: **Christopher Gary Carlson**

TOTAL NO. COUNTS:     **2**

VIO: **Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2), (b)(1) (Count 1)**

PENALTY: **CAG not less than 5 years nor more than 20 years;
and/or $250,000 fine;
up to life supervised release (18 U.S.C. § 3583(k));
a $100 special penalty assessment;
registration as a sex offender**

** **IF DEFENDANT IS FOUND TO HAVE A PRIOR PREDICATE CONVICTION**

PENALTY: **CAG not less than 15 years nor more than 40 years;
and/or $250,000 fine;
up to life supervised release (18 U.S.C. § 3583(k));
a $100 special penalty assessment;
registration as a sex offender**

VIO: **Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2)  (Count 2)**

PENALTY: **CAG not more than 10 years;
and/or $250,000 fine;
up to life supervised release (18 U.S.C. § 3583(k));
a $100 special penalty assessment;
registration as a sex offender**

** **IF DEFENDANT IS FOUND TO HAVE A PRIOR PREDICATE CONVICTION**

PENALTY: **CAG not less than 10 years nor more than 20 years;
and/or $250,000 fine;
up to life supervised release (18 U.S.C. § 3583(k));
a $100 special penalty assessment;
registration as a sex offender**

VIO: **Notice of Forfeiture Allegations, in violation of 18 U.S.C. § 2253**

PENALTY: **Forfeiture of:**

    1)     Black Kyocera Event Cell (Smart) Phone

CASE NO. CR-13-135-RMP-1

AUSA INITIAL _____