# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.**  CR-13-135-RMP |
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:**   11/1/2013 |
| CHRISTOPHER GARY CARLSON, | **LOCATION:**  SPOKANE |
| Defendant. | **CHANGE OF PLEA** |

| CHIEF JUDGE ROSANNA MALOUF PETERSON | | | |
|---|---|---|---|
| Cindy Parks | 01 | N/A | Debra Clark |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Caitlin Baunsgard | | Matthew Campbell | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

**[X] Open Court**

Defendant **present** in custody of the US Marshal.   All counsel present.   Also present is USPO Shawn Kennicutt.

Original 11(c)(1)(C) Plea Agreement is handed up to the Court for filing.

The Court confirmed with the Defendant that he had read the Plea Agreement and had signed the same.   The Defendant indicated that he had.   Oath administered to defendant.   Defendant stated his true and correct name for the Court.   The Court engaged Defendant in a colloquy regarding the charges and advised Defendant he has a right to go to trial. Court advises Defendant of Constitutional Rights given up by a plea of guilty.   Factual basis and elements presented by Ms. Baunsgard.

The Defendant pleaded guilty to Count 2 of the Indictment and the Court accepted his plea.   The Court finds the Defendant fully competent and aware of the charges against him and that he knowingly and voluntarily entered into the Plea Agreement.   Any pending motions are denied as moot.   The Court ordered a presentence investigation report. The Court will reserve acceptance of the terms and conditions of the plea agreement until the presentence investigation report has been reviewed.

**Sentencing is set for February 4, 2014 at 9:30 a.m.**   Defendant is to remain in custody of the US Marshal pending imposition of sentence.

Orders Accepting Guilty Plea to Count 2 and Setting Sentencing Scheduling shall be forthcoming.

*[ X ] ORDERS FORTHCOMING*

| **CONVENED:**  2:37 PM | **ADJOURNED:**  3:05 PM | **TIME:**  28 MIN | |
|---|---|---|---|