PROB 12C
(6/16)

Report Date: August 9, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Gary Carlson         Case Number: 0980 2:13CR00135-RMP-1

Address of Offender: ████████████████████████  Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: February 4, 2014

Original Offense:        Possession of Child Pornography, 18 U.S.C. § 2252

Original Sentence:       Prison - 120 Months;          Type of Supervision: Supervised Release
                         TSR - Life

Asst. U.S. Attorney:     Ann Wick                      Date Supervision Commenced: June 10, 2022

Defense Attorney:        Lorinda Meier Youngcourt      Date Supervision Expires: N/A

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/22/2022.

On June 14, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Carlson, as outlined in the judgment. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Carlson is alleged to have violated mandatory condition number 2 by being indicted under cause number 2:22CR00096-RMP-1 within the Eastern District of Washington on August 2, 2022, for the offense of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).<br><br>Specifically, and as the Court may recall, a search of Mr. Carlson's residence was previously conducted by the U.S. Probation Office on July 22, 2022, following receipt of collateral information that the client was in possession of a presumed Internet capable smart phone without installed monitoring software; not authorized for retention by the U.S. Probation Office. This information was previously reported to the Court in the petition dated July 22, 2022. |

Prob12C
Re: Carlson, Christopher Gary
August 9, 2022
Page 2

Upon arrival and entry into the residence, Mr. Carlson was observed to be sleeping next to the device in question that which was subsequently seized by the U.S. Probation Office. Mr. Carlson admitted to having viewed child pornography on the device, and initial inspection revealed images of apparent pornography as being present on the device.

A joint inspection was subsequently conducted with the Federal Bureau of Investigation at which time content was located that appeared consistent with chid pornography based on the undersigned officer's training and experience. This device was subsequently turned over to the Federal Bureau of Investigation for further review and forensic inspection to determine the full scope of the client's current culpability in this matter.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 9, 2022

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/9/2022

Date